atoigueind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>RAYMOND N. ATOIGUE,<br><br>               Defendant. | CRIMINAL CASE NO. 05-00035<br><br>**INDICTMENT**<br><br>**ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1) & 846]<br>**FORFEITURE ALLEGATION**<br>[21 U.S.C. § 853] |

THE GRAND JURY CHARGES:

### COUNT I - ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about March 29, 2005, in the District of Guam, the defendant herein, RAYMOND N. ATOIGUE, did knowingly and intentionally attempt to possess with intent to distribute approximately 141 grams of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT II - FORFEITURE ALLEGATION

The allegations of Count I are hereby realleged and incorporated by reference for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, § 853.

From his engagement in the violation alleged in Count I of this Indictment, punishable by imprisonment for more than one year, the defendant herein, RAYMOND N. ATOIGUE, shall forfeit to the United States, pursuant to Title 21, United States Code, § 853, all property constituting, or derived from, any proceeds said defendant obtained, either directly or indirectly, as a result of said violation, to-wit: Bank of Guam Accounts # 0201-336968, 0222-012676, and # 0201-568106, all in violation of Title 21, United States Code, §§ 841(a)(1) & 853.

Dated this 13th day of April, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2