rayatoiguesel

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00035 |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER TO SEAL RECORD** |
| RAYMOND ATOIGUE, | |
| Defendant. | |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which

//
//
//
//
//
//

may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 13th day of April 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

IT IS SO ORDERED this 13th day of April 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
APR 1 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM