FILED
DISTRICT COURT OF GUAM
APR 15 2005 
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>**RAYMOND N. ATOIGUE,**<br><br>        Defendant. | CRIMINAL CASE NO. 05-00035<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to April 13, 2005.

Dated this 15TH day of April, 2005.

_____
JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM