IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



FILED
DISTRICT COURT OF GUAM
JUL - 8 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00035**      **DATE: 07/08/2005**     TIME: 10:05 a.m.

13

HON. ROBERT M. TAKASUGI, Designated Judge, Presiding     Law Clerk: NONE PRESENT
Official Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded - RUN TIME: 10:05:09 - 10:12:30     CSO: D. Quinata / F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: RAYMOND N. ATOIGUE**      **ATTY : KIM SAVO**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.     ( ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON     AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: STEPHEN GUILLIOT     U.S. MARSHAL: S. LUJAN / W. GRAY

INTERPRETER: _____    ( ) SWORN    LANGUAGE: _____
                                       ( ) PREVIOUSLY SWORN

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: _____
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at ____
( ) WARRANT OF REMOVAL ISSUED
( X ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNTS I AND II OF THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: OCTOBER 6, 2005  at  9:30 A.M. ( ) STATUS HEARING:_____ at ____
( X ) PRESENTENCE REPORT ORDERED AND DUE: SEPTEMBER 1, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at ____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at ____
( X ) DEFENDANT TO BE RELEASED ON BOND (See Attached Conditions)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at ____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Government moved to unseal the case. No objection. GRANTED. Government requested the Court to amend Defendant's release conditions by removing the condition that Defendant to report to DEA for supervision. She further requested for all other conditions previously imposed remain in effect. No objection. GRANTED.