ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL -8 2005
MARY L.M. MORAN
CLERK OF COURT

rayatoigueuns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00035 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND ORDER TO UNSEAL RECORD** |
| RAYMOND N. ATOIGUE, | ) |
| Defendant. | ) |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-entitled cause for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain secret.

Respectfully submitted this 8th day of July 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

**IT IS SO ORDERED** this 8th day of July, 2005.

_____
ROBERT M. TAKASUGI*
United States District Court
District Court of Guam

RECEIVED
JUL -8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*The Honorable Robert M. Takasugi, United States District Judge for the