| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RAYMOND N. ATOIGUE<br>Defendant. | USDC Cr. Cs. No. 05-00035-001<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br>JUL 15 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |

**Re:** Violation report request for modification.

On April 15, 2005, Raymond N. Atoigue made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on an Indictment charging him with Count I: Attempted Possession With Intent To Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §841(a)(1) and Count II: Forfeiture Allegation, in violation of 21 U.S.C. §853. Mr. Atoigue was granted pretrial release with conditions. He was released on a personal recognizance bond with conditions. He is alleged to have violated the following condition:

**Special Condition:** *The defendant shall refrain from the unlawful use or possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On July 8, 2005, the defendant tested presumptively positive for the use of methamphetamine. He admitted in writing to using "ice" on July 4, 2005.

**Special Condition:** *The defendant shall refrain from any use of alcohol.* On July 8, 2005, the defendant verbally admitted to consuming alcohol at a celebration on the 4th of July.

**Supervision Compliance:** The probation officer has no information that suggests that the defendant is not in compliance with other conditions of pretrial release.

**Recommendation:** The probation officer respectfully requests that the defendant's conditions be modified so that he can undergo an assessment for substance abuse treatment, and that he comply with the recommendations of the treatment provider. It is also respectfully requested that he be ordered to make a co-payment for treatment at a rate to be determined by the U.S. Probation Office. The defendant and his attorney have agreed to the modification of release conditions, and have signed the Consent to Modify Conditions of Release, Pretrial Services Form 42.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *[signature]*
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

*[signature]*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
Kim Savo, AFEDPD
File

ORIGINAL