# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RAYMOND N. ATOIGUE<br>Defendant. | USDC Cs. No. 05-00035-001<br><br>INFORMATION REPORT |

**FILED**
DISTRICT COURT OF GUAM
JUL 18 2005
MARY L.M. MORAN
CLERK OF COURT

On April 15, 2005, Raymond N. Atoigue made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on an Indictment charging him with Count I: Attempted Possession With Intent To Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §841(a)(1) and Count II: Forfeiture Allegation, in violation of 21 U.S.C. §853. Mr. Atoigue was granted pretrial release with conditions. He is alleged to have violated the following condition:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On July 14, 2005, the defendant tested presumptively positive for the use of methamphetamine and admitted in writing to using "ice" on July 12, 2005.

**Supervision Compliance:** The probation officer has no information that suggests that he has not complied with other conditions of pretrial release.

**Recommendation:** This report is informational in nature and the probation officer respectfully requests that no action be taken at this time as a request for modification to include substance abuse treatment is pending with the Court.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *[signature]*
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

*[signature]*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
     Federal Public Defender
     File