| | |
|---|---|
| 1 | RAtoigue.CON |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 4 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue |
| 5 | Agana, Guam 96910<br>Telephone: (671) 472-7332/7283 |
| 6 | Telecopier: (671) 472-7334 |

**FILED**
DISTRICT COURT OF GUAM

AUG 29 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE CASE NO. 05-00035 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CONSENT DECREE OF FORFEITURE** |
| RAYMOND N. ATOIGUE, | ) |
| Defendant. | ) |

**WHEREAS**, the defendant Raymond N. Atoigue, has pled guilty to Count I of an Indictment, charging him with attempted possession with intent to distribute approximately 141 grams of methamphetamine hydrochloride (ice), in violation of 21 U.S.C. § 841(a)(1) and Count II charging forfeiture pursuant to Title 21, U.S.C. § 853 and 18 U.S.C. § 982, and

**WHEREAS**, the United States of America, pursuant to Count II (Forfeiture) of the Indictment filed April 13, 2005, alleges that certain properties specified therein are proceeds in which the defendant Raymond N. Atoigue acquired or maintained an interest or had an interest which constituted or was derived from property obtained directly or indirectly from the trafficking in controlled substances counts of which the defendant Raymond N. Atoigue has been found guilty;

-1-

ORIGINAL

NOW THEREFORE, the United States of America by its attorney Karon V. Johnson, Assistant United States Attorney for the District of Guam, and defendant Raymond N. Atoigue, by his attorney Kim Salvo, hereby agree and stipulate that:

A. The defendant has a legal interest in the following properties

    1) Bank of Guam Account # 0201-336968;

    2) Bank of Guam Account # 0222-012676; and

    3) Bank of Guam Account # 0201-568106.

B. The properties set forth at paragraph A above, were acquired or maintained or constitute or are derived from property obtained, directly or indirectly, in violation of Title 21, U.S.C. § 853 and 18 U.S.C. § 982, and are forfeitable thereby.

C. The defendant Raymond N. Atoigue hereby consents to forfeiture of the properties set forth at paragraph A above, including any and all income generated by said properties, and to entry by the Court of a Judgement of Forfeiture, pursuant to 18 U.S.C. § 982, for each of the properties set forth at paragraph A above.

EXECUTED THIS 26 day of August, 2005.

_____
RAYMOND N. ATOIGUE

_____
KIM SALVO
Attorney for Defendant

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney