1  RAtoigue.PRE

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Agana, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 31 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00035 |
| Plaintiff, ) | |
| vs. ) | **PRELIMINARY ORDER OF FORFEITURE** |
| RAYMOND N. ATOIGUE, ) | |
| Defendant. ) | |

WHEREAS, in Count II of the Indictment in the above-entitled case, the United States sought forfeiture of all monies in Bank of Guam account numbers Bank of Guam Account Numbers 0201-336968, 0222-012676 and 0201-568106, the property of defendant, pursuant to Title 21, United States Code, § 853 as proceeds of the unlawful drug activities charged in Count I of said Indictment;

AND WHEREAS, on August 23, 2005, the defendant Raymond N. Atoigue, through counsel entered into a Consent Decree of Forfeiture stipulation that the monies in said bank accounts be voluntarily forfeited to the United States of America;

AND WHEREAS, by virtue of said Consent Decree for Forfeiture, the United States is now entitled to possession of said property, pursuant to Title 21, United States Code, Sections

-1-

841(a)(1) and 853, and Rule 32(b)(2) of the Federal Rules of Criminal Procedure;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That based upon the Consent Decree of Forfeiture entered into by the parties, the United States is hereby authorized to seize the said property, to-wit: all monies in Bank of Guam Account Numbers 0201-336968, 0222-012676 and 0201-568106, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1);

2. That pursuant to 21 U.S.C. § 853(n)(1), the United States Marshal shall forthwith publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of Forfeiture, as a substitute for published notice as to those persons so notified. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of Forfeiture, as a substitute for published notice as to those persons so notified.

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Sections 982(b)(1)(B) and Title 21, United States Code, Section 853(n), in which all interests will be addressed.

**SO ORDERED** this _21_ day of August, 2005.

_____
S. JAMES OTERO
Designated District Judge
District of Guam

Presented by:

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant United States Attorney

RECEIVED
AUG 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-