PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG 31 2005
MARY L.M. MORAN
CLERK OF COURT

U.S.A. vs:     **RAYMOND N. ATOIGUE**     Docket No.    05-00035-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW    GRACE D. FLORES    PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant    Raymond N. Atoigue    who was placed under pretrial release supervision by the    Joaquin V.E. Manibusan    sitting in the court at    Hagatna, Guam    on the   15th   date of   April  , 20   05   under the following conditions:

*Refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined n 21 U.S.C. 21§802, unless prescribed by a licensed medical practitioner.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*Please see attached declaration in support of petition.*

RECEIVED
AUG 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. § 3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

ORDER OF COURT

Considered and ordered this 31 day of Aug, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

Respectfully,
for: Judy Ann L. Ocampo
_____
Grace D. Flores
U.S. Pretrial Services Officer

Place:    Hagåtña, Guam

Date:    August 25, 2005

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | USDC Cs. No. 05-00035-001 |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | **DECLARATION IN SUPPORT** |
| ) | | **OF PETITION** |
| RAYMOND N. ATOIGUE ) | | |
| Defendant. ) | | |
| _____ ) | | |

**Re: Violation Report; Request For Summons.**

I, Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial release for Raymond N. Atoigue, and in that capacity declare as follows:

On April 15, 2005, Raymond N. Atoigue made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on an Indictment charging him with Count I: Attempted Possession With Intent To Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §841(a)(1) and Count II: Forfeiture Allegation, in violation of 21 U.S.C. §853. Mr. Atoigue was granted pretrial release with conditions. He is alleged to have violated the following condition:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On July 22, and 29, 2005, and August 12, and 17, 2005, the defendant tested presumptively positive for the use of methamphetamine and admitted in writing to using "ice" on July 19, and 29, 2005, and August 10, and 16, 2005 respectfully.
On July 19, and 25, 2005, Mr. Atoigue tested presumptively positive for the use of methamphetamine. He denied use and the specimens were sent to Quest Diagnostics Laboratory for confirmation testing. The specimens were subsequently confirmed positive for the use of amphetamine and methamphetamine.

**Supervision Compliance:** The probation officer has no information that suggests that he has not complied with other conditions of pretrial release.

DECLARATION IN SUPPORT OF PETITION
Violation Report; Request for Summons
Re:     ATOIGUE, Raymond N.
USDC Cr. Cs. No. 05-00035-001
August 25, 2005
Page 2


**Recommendation:** It is requested that a summons be issued pursuant to 18 U.S.C. § 3148, for the defendant's appearance at a hearing scheduled by the Court, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why his conditions of release should not be modified, or for any other reason for which the Court may deem just and proper. The violations have been discussed with Assistant United States Attorney Karon Johnson and she concurs that a hearing is appropriate in this case. Assistant Federal Public Defender Kim Savo has been informed of the defendant's violation.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 25TH day of August 2005, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _FOR: Judy Ann T. Ocampo_
GRACE D. FLORES
U.S. Probation Officer


Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     Karon Johnson, AUSA
        Federal Public Defender
        File