# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

U.S. DISTRICT COURT-GUAM
RECEIVED
-1 SEP 2005 14 00 01

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| RAYMOND N. ATOIGUE | Case Number: CR-05-00035 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | 413 |
| | Date and Time |
| Before: **HONORABLE S. JAMES OTERO** | **Wednesday, September 7, 2005 at 11:00 a.m.** |

To answer a(n)
☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☒ Violation Notice

Charging you with a violation of Title ___**18**___ United States Code, Section(s) ___**3148**___

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

**FILED**
DISTRICT COURT OF GUAM
SEP - 6 2005
MARY L.M. MORAN
CLERK OF COURT

___**MARILYN B. ALCON, Deputy Clerk**___
Name and Title of Issuing Officer

*Marilyn B. Alcon* (signature)
Signature of Issuing Officer

___September 1, 2005___
Date

# RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 09/06/05 |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: U.S.P.O (U.S. Probation Office) Hagatna, Guam

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  09/06/05
            Date

J. L. G. Salas
Name of United States Marshal

SPUSM
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.