IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
SEP -7 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00035**     **DATE: 09/07/2005**

**HON. S. JAMES OTERO, Designated Judge, Presiding**     Law Clerk: NONE PRESENT
Official Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 11:02:29 - 11:23:51**     CSO: B. Pereda

************************ **A P P E A R A N C E S** ************************

**DEFT: RAYMOND N. ATOIGUE**     **ATTY : KIM SAVO**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.     ( ) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON     AGENT:

U.S. PROBATION: GRACE FLORES     U.S. MARSHAL: W. GRAY

INTERPRETER: _____ ( ) SWORN    LANGUAGE: _____
                                        ( ) PREVIOUSLY SWORN

**PROCEEDINGS:**    - INITIAL APPEARANCE
                  - ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS
                    SHOULD NOT BE REVOKED

(X) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
     VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
(X) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

(X) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL     RELEASE
(X) REVOCATION OF PRETRIAL RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL    SERVICE
PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**(X) NOTES:**

The Court advised the Defendant of his rights. Defense counsel requested the Court to allow Defendant to remain released and to impose stringent conditions by increasing Defendant's drug tests and for him to receive additional sessions with his psychologist. She further stated that the Defendant is the primary caregiver for his parents. The Defendant addressed the Court. Government counsel recommended detention. The Court revoked the Defendant's release. The Court DENIED the Defendant's request to self-surrender tomorrow and stated its reasons.