# UNITED STATES DISTRICT COURT

District of     **GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**RAYMOND N. ATOIGUE**<br><br>_Defendant_ | **ORDER OF TEMPORARY DETENTION<br>TO PERMIT REVOCATION OF<br>PRETRIAL RELEASE**<br><br>Case Number:   **CR-05-00035** |

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2005 ᑫP
**MARY L.M. MORAN
CLERK OF COURT**

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

**X** on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

☐ on supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, or **X** pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including   **October 6, 2005**.

Date:   **SEPTEMBER 7, 2005**

                                                                 S. JAMES OTERO, DESIGNATED JUDGE

ORIGINAL