JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
RAYMOND ATOIGUE



FILED

DISTRICT COURT OF GUAM

SEP 15 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 05-00035 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| vs. | ) | |
| | ) | |
| RAYMOND ATOIGUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United

States of America, by and through its attorney of record, Assistant United States Attorney, Karon

V. Johnson, Raymond Atoigue, by and through his attorney of record, Kim Savo, Assistant

Federal Public Defender, and United States Probation Officer Stephen Guilliot, that sentencing in

this matter shall be continued for thirty (30) days.

IT IS FURTHER STIPULATED that sentencing was originally set for October 6,

2005 at 9:00 a.m. The presentence report was due on September 1, 2005. United States

Probation indicated that it required additional time in which to prepare the presentence report.

Defense counsel will be off-island from September 17, 2005 through September 26, 2005. Mr.

Atoigue was remanded to custody on September 7, 2005.

DATED: Mongmong, Guam, September 14, 2005.

KIM SAVO
Attorney for Defendant
RAYMOND ATOIGUE

DATED: Hagatna, Guam, _____9/14/05_____.

STEPHEN GUILLIOT
United States Probation Office

DATED: Hagatna, Guam, _____9/14/05_____.

KARON V. JOHNSON
Attorney for Plaintiff
United States of America

2