JOHN T. GORMAN
Federal Public Defender
KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RAYMOND ATOIGUE

**FILED**
DISTRICT COURT OF GUAM
SEP 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAYMOND ATOIGUE, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 05-00035 <br><br> **ORDER** RE: <br> STIPULATION TO CONTINUE <br> SENTENCING FOR 30 DAYS |

The Stipulation filed on September 15, 2005 is Hereby Approved and So Ordered. The October 6, 2005 sentencing hearing shall be continued to November 16, 2005 at 9:00 a.m.[1] The presentence report shall be provided to the parties no later than September 27, 2005. The parties shall file their responses to the presentence report no later than October 11, 2005. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than October 25, 2005.

DATED: September 21, 2005, Hagåtña, Guam.

HON. JOAQUIN V. E. MANIBUSAN, JR.
United States Magistrate Judge

---

[1] The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, shall preside over the sentencing hearing.