Atoigue.APR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 12 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND N. ATOIGUE,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00035<br><br>**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT, AND MOTION FOR A ONE-LEVEL DEPARTURE** |

    Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

    In addition, the United States of America, plaintiff, by and through the undersigned counsel Karon V. Johnson, Assistant United States Attorney, moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate

\\
\\
\\

-1-

its resources efficiently.  Accordingly, defendant's total offense level will be 27, with a sentencing range of 70-87 months, because defendant qualifies for the "safety valve" departure from the mandatory ten-year minimum sentence.

        RESPECTFULLY SUBMITTED this __12th__ day of October, 2005.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and the NMI

By: _____  
KARON V. JOHNSON  
Assistant U.S. Attorney

- 2 -