JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RAYMOND ATOIGUE



**FILED**
DISTRICT COURT OF GUAM
OCT 31 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) 05-00035 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE<br>) SENTENCING |
| vs. | ) |
| RAYMOND ATOIGUE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Karon V. Johnson, Raymond Atoigue, by and through his attorney of record, Kim Savo, Assistant Federal Public Defender, and United States Probation Officer Stephen Guilliot, that sentencing in this matter shall be continued to December 8, 2005 at 9:30 a.m..

IT IS FURTHER STIPULATED that sentencing is currently set for November 16, 2005 at 9:00 a.m. Defense counsel is returning to the mainland on November 15, 2005. Mr.

Atoigue's case will be transferred to Federal Public Defender John T. Gorman. Mr. Gorman needs additional time to make the transition of counsel and to prepare for sentencing.

DATED: Mongmong, Guam, October 28, 2005.

        /s/ KIM SAVO
KIM SAVO
Attorney for Defendant
RAYMOND ATOIGUE

DATED: Hagatna, Guam, 10/31/05.

        /s/ STEPHEN GUILLIOT
STEPHEN GUILLIOT
United States Probation Office

DATED: Hagatna, Guam, 10/31/05.

        /s/ KARON V. JOHNSON
KARON V. JOHNSON
Attorney for Plaintiff
United States of America

2