JOHN T. GORMAN
Federal Public Defender
KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RAYMOND ATOIGUE

FILED
DISTRICT COURT OF GUAM
NOV - 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND ATOIGUE,<br><br>Defendant. | CRIMINAL CASE NO. 05-00035<br><br>ORDER re:<br>Stipulation to Continue Sentencing |

The Stipulation filed on October 28, 2005 is Hereby Approved and So Ordered. The sentencing hearing shall be continued to Monday, December 5, 2005 at 10:00 a.m.

DATED: Hagatna, Guam, November 1, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

ORIGINAL