JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RAYMOND ATOIGUE

FILED
DISTRICT COURT OF GUAM
NOV - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00035 |
|---|---|
| Plaintiff, | ) LETTERS IN SUPPORT RE ) SENTENCING |
| vs. | ) |
| RAYMOND ATOIGUE, | ) |
| Defendant. | ) |

Defendant, RAYMOND ATOIGUE, by and through counsel, Kim Savo, Assistant Federal Public Defender, respectfully submits the attached letters for the Court's consideration in sentencing.

DATED: Mongmong, Guam, November 7, 2005.

_____
KIM SAVO
Attorney for Defendant
RAYMOND ATOIGUE

Your Honor,

I Raymond N Atoigue, have been charge & convicted w/ attempted possession, w/ intent to distribute methapetamine.

Your Honor, I humbly regret my wrong doing to the comunity, to my family, & to the court.

When I was going drug testing, even then, I didn't take my life very seriously. And now that I've been held in detention, it's been a real wake-up call for me.

Your Honor, I prayed three times a day, every day for your mercy, and I promise to the God Almighty, to my family, & to you this will never happen again, I'd like to validate my promise, to commit to as many hour of drug testing this court sees fit, (I'm begging for this last chance.)

Your Honor, since the time I've been held in detention, my elderly parents now suffers, not being there to take them to their appointment, to mow the lawn, feed the pigs, water the plants & grossery shopping had really made it harder on their health. My two brothers who are on island, live miles away from them, and as for me I live behind my parents house, my two brothers, are working, and by the time they get off, it'll be already dark.

Once again, your Honor my apologise to the court and to the people of Guam for any hardship my have brought.

Thank you.

Raymond Atoigue

September 28, 2005

Lloyd D. George
Sr. District Judge
U.S. District Court
Hagatna, Guam 96932

Your Honor,

    As I write this letter to you I am filled with sadness but I'm doing it because of the love I have for my dad. My name is Kara Atoigue. I am 14 years old and the daughter of Raymond Atoigue who will be coming before you soon. I am not too sure about the offense my dad has done because it pains him to talk about it to me.

    My dad is a wonderful and loving dad. Although we, my mom and I, don't live with him, he has never neglected his responsibility as a father. He takes great concern over my education and is always there to support me when I need it.

    I have made a promise to our most highest judge, the Almighty God, that I would do everything in my power to help straighten out my dad. To be there for him as he was always for me, and to guide him in the path of righteousness because I love him. Now I am making this same promise to you, the judge of this land.

    I humble myself to you for the sake of my dad to please give him and me that second chance. Thank you and I pray that the Lord will guide you in your decision for him.

With deepest respect, yours in Christ,

*Kara Atoigue*
Kara Atoigue

Denise D. Atoigue
112 Atis Court
Santa Rita, Guam 96915

September 28, 2005

**Lloyd D. George**
**Sr. District Judge**
**U.S. District Court**
**Marine Corps Drive**
**Hagatna, Guam 96923**

Dear Judge George:

My name is Denise Delgado Atoigue and I am the spouse of Raymond Atoigue who will be appearing before you. Raymond and I have been married for 17years, and between us we have a beautiful 14 year old daughter, Kara, who loves and care for him very much. I write to you to plead for leniency and mercy for Raymond. I know your Honor, that you have read many letters such as mine, but I trust in my heart that you will see that this letter is different.

You see your Honor, despite the fact that Raymond and I have been maintaining separate residences for the past seven (7) years, I want you to know that he is a kind and decent man. Please know that Raymond has not avoided his parental obligation as a loving father throughout the growth of our daughter. Raymond has demonstrated his love and responsibility for his daughter through what my family and I have seen with out own eyes. We have seen him giving her moral support, encouraging her in her studies. We have seen him carefully teach and be her mentor, giving fatherly advice when things got difficult during her tender, developing life. Raymond always worked hard to ensure she had a good education, and I know that he is a loving and caring father; because I have seen this with my own eyes.

Your Honor, I don't know much about the offense Raymond is responsible for because he chooses not to burden me. All I can say from my heart, from personally knowing Raymond as a wife, and from seeing him with our daughter, is that I know he is deeply sorry for what he has done. I know he is sincerely humbled by this experience, and if he could, he would turn back the hands of time and make another decision.

Your Honor, Raymond's life is in your hands. I say this out of respect for the difficult task you have in handing out justice. As a parent, I find myself making these difficult decisions too. But if I could serve the time for him because of the love I have for my daughter, I would, I would gladly do this for her. I'm sorry, as this grieves me so much. I have never asked for anything for me in my life. Everything I have done was for my daughter and family. If I failed my husband, and now possibly my daughter, because of what is happening with Raymond, I'm sorry for that too. So I must say this, please, your Honor, if you could find it in your heart to grant Raymond a second chance, I know he will make better choices. I know that because deep inside there is this good and decent man.

Thank you for your time. Please know from the bottom of my heart that I trust in your decision for him.

With my sincerest respect,

DENISE D. ATOIGUE

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 8, 2005:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

STEPHEN GUILLIOT
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, November 8, 2005.

_____
ALEXANDER A. MODABER
Investigator

KIM SAVO
Attorney for Defendant
RAYMOND ATOIGUE