# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>vs.<br><br>Raymond N. Atoigue,<br><br>              Defendant. | Case No. 1:05-cr-00035<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Conditions of Release filed December 5, 2005*, on the dates indicated below:

*U.S. Attorney's Office*   *Federal Public Defender*   *U.S. Probation Office*   *U.S. Marshals Service*
*December 6, 2005*     *December 6, 2005*       *December 6, 2005*    *December 6, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Conditions of Release filed December 5, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 6, 2005                              /s/ Marilyn B. Alcon
                                                                       Deputy Clerk