
FILED
DISTRICT COURT OF GUAM
JAN 05 2006
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00035-001 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **INFORMATIONAL REPORT** |
| ) | |
| RAYMOND N. ATOIGUE ) | |
| Defendant. ) | |
| ) | |

**Re: Violation Report.**

On April 15, 2005, Raymond N. Atoigue made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on an Indictment charging him with Count I: Attempted Possession With Intent To Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §841(a)(1) and Count II: Forfeiture Allegation, in violation of 21 U.S.C. §853. Pretrial release was revoked on September 7, 2005. On December 5, 2005 at the Sentencing Hearing, Mr. Atoigue was granted release with conditions and ordered to surrender for service of his sentence on December 26, 2005. He is alleged to have violated the following condition:

**Special condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Defendant's release shall be immediately revoked if he tests positive for the use of a narcotic drug or fails to appear for a scheduled drug test.* In the evening of December 23, 2005, the defendant failed to appear for substance abuse testing.

**Supervision Compliance:** The probation officer has no information that suggests that he has not complied with other conditions of pretrial release.

ORIGINAL

INFORMATIONAL REPORT
Re: ATOIGUE, Raymond N.
USDC Cr. Cs. No. 05-00035-001
January 5, 2006
Page 2


**Recommendation:** This report is for the informational purposes only as Mr. Atoigue has surrendered for service of his sentence as scheduled on December 26, 2005.

                                      Respectfully submitted,

                                      FRANK MICHAEL CRUZ
                                      Chief U.S. Probation Officer


By: _____
      GRACE D. FLORES
      U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
     Federal Public Defender
     File