# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Raymond N. Atoigue, <br><br> Defendant. | Case No. 1:05-cr-00035 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Final Order of Forfeiture filed March 10, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Marshals Service* |
|---|---|---|
| *March 13, 2006* | *March 13, 2006* | *March 10, 2006* <br> *(3 certified copies)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Final Order of Forfeiture filed March 10, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 13, 2006          /s/ Marilyn B. Alcon
                                       Deputy Clerk